UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERSON PEREZ, AUGUSTINE HERNANDEZ,
ALFREDO HERNANDEZ, JOSE HERNANDEZ,
RAFAEL GUTIERREZ, FREDDIE GUTIERREZ,
and ROSARIO BOLOGNA,

                    Plaintiffs,

  -against-

DE DOMENICO PIZZA & RESTAURANT, INC.,
JOSEPH DE DOMENICO, DOMINIC DE DOMENICO,
and FRANSARA BENZ LLC,

                    Defendants.
------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 30 2017 ★
LONG ISLAND OFFICE

ORDER

14-CV-7236
(Wexler, J.)

WEXLER, District Judge:

      Plaintiffs brings this action alleging, *inter alia,* failure to pay overtime compensation pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), as amended, 29 U.S.C. § 201 *et seq.*, and parallel provisions of the New York Labor Law. The parties have settled the matter and have submitted the proposed settlement agreement, which has been executed by the parties, and related papers for the Court's approval. *See Cheeks v. Freeport Pancake House,* 796 F.3d 199, 206 (2d Cir. 2015).

      Upon review of these submissions, the Court finds the settlement to be fair and reasonable and approves it. Accordingly, the motion for settlement [91] is granted. The parties are directed to file a stipulation of discontinuance within ten (10) days.

SO ORDERED.

/s/ Leonard D. Wexler
U.S.D.J.
_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       June 30, 2017