UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GERSON PEREZ, AUGUSTINE HERNANDEZ, ALFREDO HERNANDEZ, JOSE HERNANDEZ, RAFAEL GUTIERREZ, FREDDIE GUTIERREZ, and ROSARIO BOLOGNA, individually and on behalf of those individuals similarly situated,

    Plaintiffs,

-against-

DE DOMENICO PIZZA & RESTAURANT, INC., FRANSARA BENZ LLC, JOSEPH DE DOMENICO, and DOMINIC DE DOMENICO,

    Defendants.

---------------------------------------------------------------X

No. 14-cv-07236 (LDW)(ARL)

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties as represented below, that Plaintiffs' claims in the above-captioned action are dismissed in their entirety, with prejudice, and with no award of fees, costs or disbursements by the Court to any party.

ZABELL & ASSOCIATES P.C.
*Attorneys for Plaintiff*
1 Corporate Drive, Suite 103
Bohemia, New York 11716
(631) 589-7242

By: _____
    Saul D. Zabell, Esq.

Dated: _____8/22/17_____

SO ORDERED on this ___
day of _____, 2017

SILVERMAN ACAMPORA LLP
*Attorneys for Defendants*
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(212) 627-7000

By: _____
    Alan B. Pearl, Esq.

Dated: _____8/23/17_____

_____
Hon. Leonard D. Wexler
Senior United States District Court Judge